# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES<br><br>      Plaintiff(s),<br><br>v.<br><br>RUBEN PEREZ, et al.<br><br>      Defendant(s). | CASE NO. 2:21−cv−06457−DSF−AS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before March 7, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: February 10, 2022         /s/ *Dale S. Fischer*
                                                       Dale S. Fischer
                                                     United States District Judge