# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>257-261 ADAMS, LLC, etc. et al.,<br>　　　Defendants. | CV 21-6457 DSF (ASx)<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

　　　On July 11, 2022, this Court issued its Order Granting Application for Ex Parte Order Extending the Time to Respond to First Amended Complaint, etc. Dkt. 31. Among other things, the Order stated: "All Plaintiff's counsel listed on the docket are ordered to read the "Civility and Professionalism Guidelines" that appear on the Central District website and file declarations no later than July 20, 2022 verifying that they have done so." No declarations have been filed. Each of Plaintiff's counsel listed on the docket are ordered to show cause in writing no later than August 4, 2022 why they should not be sanctioned in the amount of $500 for their failure to comply with this Court's Order. A hearing on the Order to Show Cause is set for August 8, 2022 at 11:00 a.m. Submission of a declaration explaining the failure to comply with this Court's July 11 Order and the declaration required by the July 11, Order will be a satisfactory response to the Order to Show Cause.

　　　IT IS SO ORDERED.

Date: July 25, 2022

　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge